Certificate Number: 14912-CAC-DE-039851077

Bankruptcy Case Number: 25-13982



14912-CAC-DE-039851077

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 8, 2025, at 6:11 o'clock PM EDT, Christopher Roberts completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  July 9, 2025               By:   /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title:  Counselor