Lynda T. Bui, Trustee
3550 Vine Street, Suite 210
Riverside, CA 92507
(949) 340-3400 Telephone
(949) 340-3000 Facsimile
Trustee.Bui@shulmanbastian.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>CHRISTOPER ROBERTS,<br><br>　　　　　Debtor. | Case No. 6:25-bk-13982-SY<br><br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br><br>[No Hearing Required] |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

　　　　Lynda T. Bui, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets may be administered in the above-captioned case and appropriate notice be given to creditors to file claims.

Dated: 9/19/2025　　　　　　　　　　　　　　　／s/ Lynda T. Bui
　　　　　　　　　　　　　　　　　　　　　Lynda T. Bui, Chapter 7 Trustee