United States Bankruptcy Court

Central District of California

In re:  Case No. 25-13982-SY
Christoper Roberts  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Sep 19, 2025      Form ID: ntcpdiv      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Christoper Roberts, 2681 King Place, Thermal, CA 92274-8184 |
| 42523055 | PNC Bank, PO Box 71335, Cleveland, OH 44191-0535 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Sep 20 2025 04:30:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Sep 20 2025 04:30:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Sep 20 2025 00:41:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 42523047 | + | Email/Text: bankruptcy@alliantcreditunion.com | Sep 20 2025 00:41:00 | Alliant Credit Union, PO Box 66945, Chicago, IL 60666-0945 |
| 42523048 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2025 01:04:45 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 42523049 | | EDI: CAPITALONE.COM | Sep 20 2025 04:30:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42523050 | | EDI: JPMORGANCHASE | Sep 20 2025 04:30:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42523051 | | EDI: CITICORP | Sep 20 2025 04:30:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42523052 | | EDI: DISCOVER | Sep 20 2025 04:30:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42523053 | | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 20 2025 00:41:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 42523054 | | EDI: IRS.COM | Sep 20 2025 04:30:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Sep 19, 2025 | Form ID: ntcpdiv | Total Noticed: 13

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Benjamin Heston | on behalf of Debtor Christoper Roberts bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Katie E Hankard | on behalf of Creditor American Express National Bank c/o Zwicker & Associates  P.C. bknotices@zwickerpc.com, bknotices@zwickerpc.com |
| Lynda T. Bui (TR) | trustee.bui@shulmanbastian.com  C115@ecfcbis.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

## NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Christoper Roberts
**SSN:** xxx−xx−7115
**EIN:** N/A

2681 King Place
Thermal, CA 92274−8184

**BANKRUPTCY NO.** 6:25−bk−13982−SY
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before December 23, 2025**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: September 19, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**12 /**