# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Thursday, January 8, 2026**                                          **Hearing Room** 302

9:30 AM
6:25-13982    **Christopher Roberts**                                          **Chapter 7**

<u>Telephonic Hearing</u>                        *Lynda Bui / Trustee*

#3.00    Chapter 7 Trustee's Motion for Order Approving the
Sale of Four Parcels of Land

**Benjamin Heston to appear by telephone (949)312-1377**

Docket    24

**Matter Notes:**

GRANTED: _____    DENIED: _____

CONT'D. TO:  2-12-26 @ 9:30am

Briefing filed: _____

Opposition filed: _____

Reply filed: _____

WITHDRAWN: _____

Order Lodged by: _____

**Tentative Ruling:**

GRANT, subject to overbids, after a § 363(m) declaration is filed by the buyer.

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

**Party Information**