# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, February 12, 2026**                                                           **Hearing Room**    **302**

---

**9:30 AM**
**6:25-13982**    **Christopher Roberts**                                                                    **Chapter 7**

    **#9.00**    CONT'D Chapter 7 Trustee's Motion for Order Approving
the Sale of Four Parcels of Land

        **FR. 1/8/26**

*Brooke Thompson on the phone — ch. 7 trustee's counsel*

        Docket    24

**Matter Notes:**

    **GRANTED:** ✓        **DENIED:** _____

    **CONT'D. TO:** _____

        **Briefing filed:** _____

        **Opposition filed:** _____

        **Reply filed:** _____

    **WITHDRAWN:** _____

        **Order Lodged by:** *ch. 7 trustee's counsel*

- § 363(b)
- § 363(f)
- 14 day stay is waived
- § 363(m) if declaration filed

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

---

| Party Information |
|---|

**Debtor(s):**

    Christopher Roberts                                        Represented By
                                                                 Benjamin Heston