Lynda T. Bui, Trustee
3550 Vine Street, Suite 210
Riverside, California 92507
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: trustee.bui@shulmanbastian.com

Chapter 7 Trustee

FILED & ENTERED

FEB 24 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>CHRISTOPHER ROBERTS,<br><br>Debtor. | Case No. 6:25-bk-13982-SY<br><br>Chapter 7<br><br>**ORDER GRANTING THE CHAPTER 7 TRUSTEE'S MOTION APPROVING THE SALE OF FOUR PARCELS OF LAND UNDER BANKRUPTCY CODE § 363(b)(1)**<br><br><u>Hearing:</u><br>Date: February 12, 2026<br>Time: 9:30 a.m.<br>Ctrm: 302<br>Place: United States Bankruptcy Court<br>           3420 Twelfth Street<br>           Riverside, CA 92501 |

The *Chapter 7 Trustee's Motion for Order Approving the Sale of Four Parcels of Land Pursuant to Bankruptcy Code § 363(b)(1)* ("Sale Motion") [Docket no. 24] filed by Lynda T. Bui ("Trustee") came on for a continued hearing on February 12, 2026, the Honorable Scott H. Yun, United States Bankruptcy Judge presiding. Brooke Thompson appeared on behalf of the Trustee, Lynda T. Bui. Other parties appeared as reflected on the record.

The court having considered the Sale Motion, the Declaration of Lynda T. Bui attached to the Sale Motion, the arguments and representations of counsel, and record

1  in this case, and having found that proper notice has been given, and good cause

2  appearing,

3      **IT IS ORDERED** that the Sale Motion is granted as follows:

4      1.    The Trustee is authorized to sell the four parcels of land, APN:(1) 011-

5  404-014-000; (2) 008-531-031-000; (3) 008-531-000 and (4) 009-103-009-000

6  (collectively, the "Parcels") as described in the Sale Motion to Intercoastal Financial,

7  LLC . The sale shall be without any warranties, representations, or contingencies, free

8  and clear of liens, claims, and interests of third parties, with such liens, claims, and

9  interests to attach to the sale proceeds pending further court order.

10      2.    The sale price for the Parcels is $10,000.00.

11      3.    The Trustee is authorized to execute any and all documents to effectuate

12  the sale of the Parcels as proposed in the Motion.

13      4.    The request for a good-faith finding under 11 U.S.C. § 363(m) is denied

14  because a declaration in support was not filed.

15      5.    Once the sale of the Parcels closes, the Trustee shall comply with Local

16  Bankruptcy Rule 6004-1(g) and file a report of sale identifying the buyer and detailing

17  the terms of the sale.

18      ###

24  Date: February 24, 2026

Scott H. Yun
United States Bankruptcy Judge