United States Bankruptcy Court

Central District of California

In re:                                                                                                      Case No. 25-13982-SY

Christopher Roberts                                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                                    User: admin                                    Page 1 of 1

Date Rcvd: Feb 24, 2026                          Form ID: pdf042                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Christopher Roberts, 2681 King Place, Thermal, CA 92274-8184 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Christopher Roberts bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Katie E Hankard | on behalf of Creditor American Express National Bank c/o Zwicker & Associates  P.C. bknotices@zwickerpc.com, bknotices@zwickerpc.com |
| Lynda T. Bui (TR) | trustee.bui@shulmanbastian.com  C115@ecfcbis.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

1  Lynda T. Bui, Trustee
   3550 Vine Street, Suite 210
2  Riverside, California  92507
   Telephone: (949) 340-3400
3  Facsimile: (949) 340-3000
   Email: trustee.bui@shulmanbastian.com
4

5  Chapter 7 Trustee

6

7

8

9

**UNITED STATES BANKRUPTCY COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

11  In re

12  CHRISTOPHER ROBERTS,

13  Debtor.

Case No. 6:25-bk-13982-SY

Chapter 7

**ORDER GRANTING THE CHAPTER 7 TRUSTEE'S MOTION APPROVING THE SALE OF FOUR PARCELS OF LAND UNDER BANKRUPTCY CODE § 363(b)(1)**

Hearing:
Date: February 12, 2026
Time: 9:30 a.m.
Ctrm: 302
Place: United States Bankruptcy Court
       3420 Twelfth Street
       Riverside, CA 92501

21      The *Chapter 7 Trustee's Motion for Order Approving the Sale of Four Parcels of*

22  *Land Pursuant to Bankruptcy Code § 363(b)(1)* ("Sale Motion") [Docket no. 24] filed by

23  Lynda T. Bui ("Trustee") came on for a continued hearing on February 12, 2026, the

24  Honorable Scott H. Yun, United States Bankruptcy Judge presiding. Brooke Thompson

25  appeared on behalf of the Trustee, Lynda T. Bui. Other parties appeared as reflected on

26  the record.

27      The court having considered the Sale Motion, the Declaration of Lynda T. Bui

28  attached to the Sale Motion, the arguments and representations of counsel, and record

FILED & ENTERED

FEB 24 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

CHANGES MADE BY COURT

Lynda T. Bui
Chapter 7 Trustee
3550 Vine Street
Suite 210
Riverside, CA 92507

1

1   in this case, and having found that proper notice has been given, and good cause

2   appearing,

3       **IT IS ORDERED** that the Sale Motion is granted as follows:

4       1.     The Trustee is authorized to sell the four parcels of land, APN:(1) 011-

5   404-014-000; (2) 008-531-031-000; (3) 008-531-000 and (4) 009-103-009-000

6   (collectively, the "Parcels") as described in the Sale Motion to Intercoastal Financial,

7   LLC . The sale shall be without any warranties, representations, or contingencies, free

8   and clear of liens, claims, and interests of third parties, with such liens, claims, and

9   interests to attach to the sale proceeds pending further court order.

10      2.     The sale price for the Parcels is $10,000.00.

11      3.     The Trustee is authorized to execute any and all documents to effectuate

12   the sale of the Parcels as proposed in the Motion.

13      4.     The request for a good-faith finding under 11 U.S.C. § 363(m) is denied

14   because a declaration in support was not filed.

15      5.     Once the sale of the Parcels closes, the Trustee shall comply with Local

16   Bankruptcy Rule 6004-1(g) and file a report of sale identifying the buyer and detailing

17   the terms of the sale.

18               ###

19

20

21

22

23

24 Date: February 24, 2026

25                         Scott H. Yun
United States Bankruptcy Judge

26

27

28