**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | | |
|---|---|---|
| In re:  CHRISTOPHER ROBERTS | § | Case No. 6:25-bk-13982-EB |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/14/2025. The undersigned trustee was appointed on 06/14/2025.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          10,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 38.07 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 9,961.93 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/23/2025 and the deadline for filing governmental claims was 12/11/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $81.67 for total expenses of $81.67[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/21/2026

By: /s/ Lynda Bui

Trustee , Bar No.: 201002

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Exhibit A

Page: 1

**Case No.:**   6:25-bk-13982-EB

**Case Name:**   CHRISTOPHER ROBERTS

**For Period Ending:**   07/21/2026

**Trustee Name:**   (001150) Lynda Bui

**Date Filed (f) or Converted (c):**   06/14/2025 (f)

**§ 341(a) Meeting Date:**   07/17/2025

**Claims Bar Date:**   12/23/2025

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2681 King Place, Thermal, CA 92274-8184, Riverside County<br><br>Single-family home Entire property value: $320,000.00 | 320,000.00 | 0.00 | | 0.00 | FA |
| 2 | 011-404-014-000<br><br>The Trustee has entered into an Asset Purchase Agreement with Intercoastal Financial LLC to purchase the Parcels for $10,000 subject to overbids.  12/18/25 Motion for Sale of Property filed (Doc 24)<br><br>The Order approving the sale was entered on 2/24/26, Docket No. 29.<br><br>The Trustee filed the Report of Sale on 02/24/26 Docket No. 30.<br>Land Fee Simple | 2,500.00 | 0.00 | | 3,000.00 | FA |
| 3 | 008-531-031-000<br><br>The Trustee has entered into an Asset Purchase Agreement with Intercoastal Financial LLC to purchase the Parcels for $10,000 subject to overbids.  12/18/25 Motion for Sale of Property filed (Doc 24)<br><br>The Order approving the sale was entered on 2/24/26, Docket No. 29.<br><br>The Trustee filed the Report of Sale on 02/24/26 Docket No. 30.<br><br>Land Fee Simple | 2,500.00 | 0.00 | | 3,000.00 | FA |
| 4 | 009-103-009-000<br><br>The Trustee has entered into an Asset Purchase Agreement with Intercoastal Financial LLC to purchase the Parcels for $10,000 subject to overbids.  12/18/25 Motion for Sale of Property filed (Doc 24)<br><br>The Order approving the sale was entered on 2/24/26, Docket No. 29.<br><br>The Trustee filed the Report of Sale on 02/24/26 Docket No. 30.<br><br>Land Fee Simple | 1,500.00 | 0.00 | | 2,000.00 | FA |
| 5 | 009-161-012-000<br><br>The Trustee has entered into an Asset Purchase Agreement with Intercoastal Financial LLC to purchase the Parcels for $10,000 subject to overbids.  12/18/25 Motion for Sale of Property filed (Doc 24)<br><br>The Order approving the sale was entered on 2/24/26, Docket No. 29.<br><br>The Trustee filed the Report of Sale on 02/24/26 Docket No. 30.<br><br>Land Fee Simple | 1,500.00 | 0.00 | | 2,000.00 | FA |
| 6 | 2007 Chevrolet Avalanche, 360000 miles<br><br>Entire property value: $2,000.00.  No secured debt. Fully exempted. | 2,000.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

**Form 1**

## Individual Estate Property Record and Report

### Asset Cases

Exhibit A

Page: 2

**Case No.:**  6:25-bk-13982-EB

**Case Name:**   CHRISTOPHER ROBERTS

**For Period Ending:**   07/21/2026

**Trustee Name:**   (001150) Lynda Bui

**Date Filed (f) or Converted (c):**   06/14/2025 (f)

**§ 341(a) Meeting Date:**   07/17/2025

**Claims Bar Date:**   12/23/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 7 | Household goods and furnishings | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Electronics | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Firearms | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Checking account: Alliant Credit Union (personal) Account Number: 3422 | 1.00 | 0.00 | | 0.00 | FA |
| 12 | Checking account: Capital One (personal) Account Number: 5189 | 5,877.00 | 0.00 | | 0.00 | FA |
| 13 | Checking account: Chase Bank (business) Account Number: 9636 | 72.00 | 0.00 | | 0.00 | FA |
| 14 | Checking account: Chase Bank (personal) Account Number: 3527 | 62.00 | 0.00 | | 0.00 | FA |
| 15 | Checking account: PNC Bank (business) Account Number: 4667 | 112.00 | 0.00 | | 0.00 | FA |
| 16 | Checking account: Wells Fargo (business) Account Number: 8267 | 289.00 | 0.00 | | 0.00 | FA |
| 17 | Savings account: Alliant Credit Union (personal) Account Number: 3423 | 1,314.00 | 0.00 | | 0.00 | FA |
| 18 | Savings account: Fifth Third Bank (personal) Account Number: 1915 | 222.00 | 0.00 | | 0.00 | FA |
| 19 | Savings account: Wells Fargo (personal) Account Number: 4670 | 376.00 | 0.00 | | 0.00 | FA |
| 20 | Dolphin Sea Property Management LLC (business is currently in Chapter 7 and owes $62,000 in credit card debts and owns only a nominal amount in bank accounts), 100.00% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Pension plan: Teamsters Pension Trust | Unknown | 0.00 | | 0.00 | FA |
| 22 | Int. in Ins. policies: Whole life insurance | 3,259.00 | 0.00 | | 0.00 | FA |
| 23 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| **23** | **Assets Totals (Excluding unknown values)** | **$342,334.00** | **$0.00** | | **$10,000.00** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 3

**Case No.:**  6:25-bk-13982-EB

**Case Name:**   CHRISTOPHER ROBERTS

**For Period Ending:**  07/21/2026

**Trustee Name:**   (001150) Lynda Bui

**Date Filed (f) or Converted (c):**   06/14/2025 (f)

**§ 341(a) Meeting Date:**  07/17/2025

**Claims Bar Date:**  12/23/2025

**Major Activities Affecting Case Closing:**

QUARTERLY REVIEW
07/01/26 - 09/30/26:

04/01/26 - 06/30/26:  6/2/26 TFR submitted to UST.

01/01/26 - 03/31/26: Payments have been received and the Trustee will begin case closing.

09/01/25 - 12/31/25: The Trustee has entered into a sale agreement for the Land. A hearing is set in January 2026.

07/01/25 - 09/30/25: The asset of the case is the 4 vacant land parcels.  The Trustee is reaching out to some asset purchasers to determine if she can sell them to make a meaningful distribution to creditors.

GENERAL STATUS

02/24/26 #30 Trustee's Report of Sale and Statement Pursuant to Federal Bankruptcy Rule 6004(f)
02/29/26 #29 Order Granting the Chapter 7 Trustee's Motion Approving the Sale of Four Parcels of Land Under Bankruptcy Code Section 363(b)(1)
12/18/25 #24 Sale Motion (Land) filed - Hearing 01/08/26 at 9:30 a.m. Ctrm 302
10/17/25 #17 Petition amended to fix name spelling to Christopher instead of Christoper.
09/19/25 #12 Notice of Assets. POC 12/23/25; Govt 12/11/25

TRUSTEE INTERIM REPORT
ASSETS: Sale of Assets
PROFESSIONALS: N/A
LITIGATION: N/A
INSURANCE: N/A
TAX STATUS: No estate tax return required.
CLAIMS STATUS: Proofs of Claims due by 12/23/25. Government Proof of Claim due by 12/11/25.  Trustee will review claims and if necessary object.
CLOSING STATUS: Pending completion of asset administration, review of claims.

**Initial Projected Date Of Final Report (TFR):**  11/09/2026

**Current Projected Date Of Final Report (TFR):**   05/20/2026 (Actual)

07/21/2026

Date

/s/Lynda Bui

Lynda Bui

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 6:25-bk-13982-EB | Trustee Name: | Lynda Bui (001150) |
|---|---|---|---|
| Case Name: | CHRISTOPHER ROBERTS | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1833 | Account #: | ******2871 Checking |
| For Period Ending: | 07/21/2026 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/24/26 | | Intercoastal Financial LLC | Purchase of vacant lots Per Order entered 2/24/26 #29 Granting the Chapter 7 Trustee's Motion Approving the Sale of Four Parcels of Land Under Bankruptcy Code Section 363(b)(1) | | 10,000.00 | | 10,000.00 |
| | {2} | | Sale proceeds $3,000.00 | 1110-000 | | | |
| | {3} | | Sale proceeds $3,000.00 | 1110-000 | | | |
| | {4} | | Sale proceeds $2,000.00 | 1110-000 | | | |
| | {5} | | Sale proceeds $2,000.00 | 1110-000 | | | |
| 02/27/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 9,995.00 |
| 03/31/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 17.08 | 9,977.92 |
| 04/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 15.99 | 9,961.93 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 10,000.00 | 38.07 | $9,961.93 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 10,000.00 | 38.07 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $10,000.00 | $38.07 | |

**Form 2**

## Cash Receipts And Disbursements Record

**Case No.:** 6:25-bk-13982-EB

**Case Name:** CHRISTOPHER ROBERTS

**Taxpayer ID #:** **-***1833

**For Period Ending:** 07/21/2026

**Trustee Name:** Lynda Bui (001150)

**Bank Name:** TriState Capital Bank

**Account #:** ******2871 Checking

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| | |
|---|---:|
| Net Receipts: | $10,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $10,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2871 Checking | $10,000.00 | $38.07 | $9,961.93 |
| | **$10,000.00** | **$38.07** | **$9,961.93** |

| | |
|---|---|
| 07/21/2026 | /s/Lynda Bui |
| Date | Lynda Bui |

**UST Form 101-7-TFR (5/1/2011)**

# Central District of California
# Claims Register

### 6:25-bk-13982-SY Christopher Roberts

**Judge:** Scott H. Yun                    **Chapter:** 7

**Office:** Riverside                       **Last Date to file claims:** 12/23/2025

**Trustee:** Lynda T. Bui (TR)             **Last Date to file (Govt):** 12/11/2025

| | | |
|---|---|---|
| *Creditor:*   (42682528) | **Claim No: 1** | *Status:* |
| American Express National Bank, AENB | *Original Filed* | *Filed by:* CR |
| c/o Zwicker and Associates, P.C. | *Date*: 09/23/2025 | *Entered by:* Paige Taylor |
| Attorneys/Agents for Creditor | *Original Entered* | *Modified:* |
| P.O. Box 9043 | *Date*: 09/23/2025 | |
| Andover, MA 01810-1041 | | |

Amount claimed: $13336.27

*History:*

Details ● 1-1   09/23/2025 Claim #1 filed by American Express National Bank, AENB, Amount claimed: $13336.27
(Taylor, Paige)

*Description:* (1-1) Credit Card

Remarks: Acct #1007; ok to pay as general unsecured claim.

| | | |
|---|---|---|
| *Creditor:*   (42693692) | **Claim No: 2** | *Status:* |
| Capital One N.A. | *Original Filed* | *Filed by:* CR |
| by AIS InfoSource LP as agent | *Date*: 09/29/2025 | *Entered by:* Hiral Jaiswal |
| PO Box 71083 | *Original Entered* | *Modified:* |
| Charlotte, NC 28272-1083 | *Date*: 09/29/2025 | |

Amount claimed: $10344.37

*History:*

Details ● 2-1   09/29/2025 Claim #2 filed by Capital One N.A., Amount claimed: $10344.37 (Jaiswal, Hiral)

*Description:*

Remarks: Acct #5502; ok to pay as general unsecured claim.

| | | |
|---|---|---|
| *Creditor:*   (42735446) | **Claim No: 3** | *Status:* |
| JPMorgan Chase Bank, N.A. | *Original Filed* | *Filed by:* CR |
| s/b/m/t Chase Bank USA, N.A. | *Date*: 10/14/2025 | *Entered by:* Gatlyn Lindbergh |
| c/o National Bankruptcy Services, LLC | *Original Entered* | *Modified:* |
| P.O. Box 9013 | *Date*: 10/14/2025 | |
| Addison, Texas 75001 | | |

Amount claimed: $4497.39

*History:*

Details ● 3-1   10/14/2025 Claim #3 filed by JPMorgan Chase Bank, N.A., Amount claimed: $4497.39 (Lindbergh,
Gatlyn)

*Description:*

Remarks:  Acct #0887; ok to pay as general unsecured claim.

| *Creditor:* (42768400) | **Claim No: 4** | *Status:* |
|---|---|---|
| Resurgent Receivables, LLC | *Original Filed* | *Filed by:* CR |
| Resurgent Capital Services | *Date:* 11/04/2025 | *Entered by:* Alexica Marche Thomason |
| PO Box 10587 | *Original Entered* | *Modified:* |
| Greenville, SC 29603-0587 | *Date:* 11/04/2025 | |

Amount claimed: $926.88

Secured claimed:     $0.00

*History:*

Details    4-1    11/04/2025 Claim #4 filed by Resurgent Receivables, LLC, Amount claimed: $926.88 (Thomason, Alexica)

*Description:*

*Remarks:  Synchrony Bank-America's Tire, Acct #8918; ok to pay as general unsecured claim.*

| *Creditor:* (42523054) | **Claim No: 5** | *Status:* |
|---|---|---|
| Internal Revenue Service | *Original Filed* | *Filed by:* CR |
| Centralized Insolvency Operation | *Date:* 11/13/2025 | *Entered by:* Timothy C Schakow |
| PO Box 7346 | *Original Entered* | *Modified:* |
| Philadelphia, PA 19101-7346 | *Date:* 11/13/2025 | |

Amount claimed: $2517.60

Secured claimed:     $0.00

Priority claimed: $2246.39

*History:*

Details    5-1    11/13/2025 Claim #5 filed by Internal Revenue Service, Amount claimed: $2517.60 (Schakow, Timothy)

*Description:*

*Remarks: $2,246.39 ok to pay as priority tax claim; $137.60 ok to pay as general unsecured claim; $133.61 ok to pay as general unsecured - fines/penalty claim.*

| *Creditor:* (42818782) | **Claim No: 6** | *Status:* |
|---|---|---|
| American Express National Bank | *Original Filed* | *Filed by:* CR |
| c/o Becket and Lee LLP | *Date:* 12/05/2025 | *Entered by:* Greg Deegan |
| PO Box 3001 | *Original Entered* | *Modified:* |
| Malvern PA 19355-0701 | *Date:* 12/05/2025 | |

Amount claimed: $9069.14

*History:*

Details    6-1    12/05/2025 Claim #6 filed by American Express National Bank, Amount claimed: $9069.14 (Deegan, Greg)

*Description:*

*Remarks:  Acct #1006; ok to pay as general unsecured claim.*

| *Creditor:* (42818783) | **Claim No: 7** | *Status:* |
|---|---|---|
| American Express National Bank | *Original Filed* | *Filed by:* CR |

*History:*

Details    7-1    12/05/2025 Claim #7 filed by American Express National Bank, Amount claimed: $1755.13 (Deegan, Greg)

*Description:*

*Remarks:*

| c/o Becket and Lee LLP | *Date*: 12/05/2025 | *Entered by:* Greg Deegan |
|---|---|---|
| PO Box 3001 | *Original Entered* | *Modified:* |
| Malvern PA 19355-0701 | *Date*: 12/05/2025 | |

Amount claimed: $1755.13

*History:*

| Details | ⚫ | 7-1 | 12/05/2025 Claim #7 filed by American Express National Bank, Amount claimed: $1755.13 (Deegan, Greg) |

*Description:*
Remarks:  Acct #1003; ok to pay as general unsecured claim.

## Claims Register Summary

**Case Name:** Christopher Roberts
**Case Number:** 6:25-bk-13982-SY
**Chapter:** 7
**Date Filed:** 06/14/2025
**Total Number Of Claims:** 7

| Total Amount Claimed* | $42446.78 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |
| **Priority** | $2246.39 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/20/2026 07:18:51 | | | |
| **PACER Login:** | Trustee_Bui | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 6:25-bk-13982-SY Filed or Entered From: 1/1/1900 Filed or Entered To: 5/20/2026 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt Court Order |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 6:25-bk-13982-EB
Case Name:  CHRISTOPHER ROBERTS
Trustee Name: Lynda Bui

**Balance on hand:**    $                9,961.93

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $          0.00
Remaining balance:                         $      9,961.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Lynda Bui | 1,750.00 | 0.00 | 1,750.00 |
| Trustee, Expenses - Lynda Bui | 81.67 | 0.00 | 81.67 |

Total to be paid for chapter 7 administrative expenses:    $      1,831.67
Remaining balance:                                         $      8,130.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:    $          0.00
Remaining balance:                                            $      8,130.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,246.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Internal Revenue Service | 2,246.39 | 0.00 | 2,246.39 |

UST Form 101-7-TFR(5/1/2011)

Total to be paid for priority claims: $ 2,246.39
Remaining balance: $ 5,883.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $40,062.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express National Bank, AENB | 13,336.27 | 0.00 | 1,958.65 |
| 2 | Capital One N.A. | 10,344.37 | 0.00 | 1,519.24 |
| 3 | JPMorgan Chase Bank, N.A. | 4,497.39 | 0.00 | 660.51 |
| 4 | Resurgent Receivables, LLC | 926.88 | 0.00 | 136.13 |
| 5U | Internal Revenue Service | 133.61 | 0.00 | 19.62 |
| 6 | American Express National Bank | 9,069.14 | 0.00 | 1,331.95 |
| 7 | American Express National Bank | 1,755.13 | 0.00 | 257.77 |

Total to be paid for timely general unsecured claims: $ 5,883.87
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $137.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5PEN | Internal Revenue Service | 137.60 | 0.00 | 0.00 |

UST Form 101-7-TFR(5/1/2011)

Total to be paid for subordinated claims:  $            0.00
Remaining balance:                          $            0.00