Lynda Bui, Trustee
3550 Vine Street, Suite 200B
Riverside, CA 92507
Telephone:   (949) 340-3400
Facsimile:   (951) 275-9303
Email: trustee.bui@shulmanbastian.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| **In re**<br><br>**CHRISTOPHER ROBERTS**<br><br><br>**Debtor(s).** | Case No.  6:25-bk-13982-SY<br><br>Chapter 7<br><br>**TRUSTEE'S DECLARATION RE FINAL REPORT AND APPLICATION FOR COMPENSATION** |

I, Lynda Bui, declare as follows:

1.     I am the duly appointed and acting Chapter 7 Trustee in the above referenced bankruptcy case.  All of the facts stated herein are within my personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2.     The case was commenced by the filing of Chapter 7 of the U.S. Bankruptcy Code on 06/14/2025.

3.     The asset of this case is 4 parcels of land, APN(1) 011-404-014-000;(2) 008-531-031-000;(3) 009-103-009-000 and (4) 009-161-012-000.

4.     Tax returns are not required.

5.     As part of the closing of the case, I am requesting to be reimbursed for the out of pocket expected costs of no more than $5.88, calculated as follows:

| Item | Cost |
|---|---|

1

Lynda Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 200B
Riverside, CA 92507

| Postage/Copies - mail disbursements to 6 different creditors at .98 cents each. | $5.88 |
|---|---|

6.      I also reviewed claims and propose to pay 14.69% to general unsecured creditors.

7.      Attached hereto as Exhibit 1 is the Trustee's Receipts and Disbursements Report.

8.      Attached hereto as Exhibit 2 is the Trustee's Compensation Report.

9.      Attached hereto as Exhibit 3 is the Trustee's Invoice.

10.     The Trustee's Final Report was submitted to the Office of the U.S. Trustee on June 2, 2026.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 2nd day of June, 2026 at Irvine, California.

/s/ Lynda T. Bui
Lynda Bui

Lynda Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 200B
Riverside, CA 92507

2

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                    **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 1

*Printed: 05/20/2026*

Page: 1

# Receipts And Disbursements

**Case:** CHRISTOPHER ROBERTS (25-13982)

**Trustee:** Lynda Bui (001150)

**Submitted: 05/20/2026**

**Period:** 06/24/2025 - 05/20/2026

## Receipts

### 1000 RECEIPTS

| 1110-000 | Liquidation of Real Property (Schedule A/B) (Scheduled) | | | |
|---|---|---|---|---|
| 02/24/2026 | Deposit: 10001 | ******2871 | Intercoastal Financial LLC Purchase of vacant lots Per Order entered 2/24/26 #29 Granting the Chapter 7 Trustee's Motion Approving the Sale of Four Parcels of Land Under Bankruptcy Code Section 363(b)(1) | 10000.00 |
| | | | | 10,000.00 |
| | | | **Total for 1000** | **10,000.00** |

| **Total Receipts:** | **10,000.00** |
|---|---|

## Disbursements

### 2000 CH. 7 ADMINISTRATIVE FEES AND EXPENSES

| 2600-000 | Bank Service Fees | | | |
|---|---|---|---|---|
| 02/27/2026 | Service Fee: 1 | ******2871 | TriState Capital Bank Bank and Technology Services Fees | 5.00 |
| 03/31/2026 | Service Fee: 2 | ******2871 | TriState Capital Bank Bank and Technology Services Fees | 17.08 |
| 04/30/2026 | Service Fee: 3 | ******2871 | TriState Capital Bank Bank and Technology Services Fees | 15.99 |
| | | | | 38.07 |
| | | | **Total for 2000** | **38.07** |

| **Total Disbursements:** | **38.07** |
|---|---|

| **Total Receipts:** | **$10,000.00** |
|---|---|
| **Total Disbursements:** | **$38.07** |
| **Net Balance:** | **$9,961.93** |

# Receipts And Disbursements

**Case:**      **CHRISTOPHER ROBERTS (25-13982)**

**Trustee:**   **Lynda Bui (001150)**

**Submitted: 05/20/2026**

**Period:**      **06/24/2025 - 05/20/2026**

EXHIBIT 2

Printed:    05/20/2026 7.55 AM

# Trustee's Compensation

**Debtor:**  CHRISTOPHER ROBERTS                    **Case:** 6:25-bk-13982-SY

## Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 10,000.00 |

Pursuant to 11 U.S.C. 326, compensation is computed as follows:

| | | | |
|---|---|---|---|
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 5,000.00 | = | 500.00 |
| 5% of Next $950,000 | 0.00 | = | 0.00 |
| 3% of Balance | 0.00 | = | 0.00 |

| | |
|---|---|
| **Calculated Total Compensation:** | **$1,750.00** |
| Adjustment: | 0.00 |
| **Total Compensation:** | **$1,750.00** |
| Less Previously Paid: | 0.00 |
| **Total Compensation Requested:** | **$1,750.00** |

## Trustee Expenses

| | | |
|---|---|---|
| OTHER | Per Invoice | $75.79 |
| DISTRIBUTION | 6.0 DIST at $0.98 | $5.88 |

| | |
|---|---|
| **Subtotal Expenses:** | **$81.67** |
| Plus Adjustment: | 0.00 |
| **Total Expenses:** | **$81.67** |
| Less Previously Paid: | 0.00 |
| **Total Expenses Requested:** | **$81.67** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $1750.00 as compensation and $81.67 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated:    05/20/2026                         Signed:___/s/ Lynda Bui_____

Lynda Bui, TRUSTEE
3550 Vine Street, Suite 200B
Riverside, CA 92507

EXHIBIT 3

# shulman bastian
## friedman bui & o'dea LLP

May 6, 2026

Christopher Roberts
c/o Lynda Bui, Trustee
3550 Vine Street, Suite 210
Riverside, CA  92507

ID: 23465-000 - LTB                                                    Invoice   110500

Re: In re Christopher Roberts/Bui-7TT

For Services Rendered Through May 6, 2026

| | | |
|---|---|---|
| Current Costs | 75.79 | |
| Total Current Charges | | 75.79 |

| | |
|---|---|
| **Total Due** | **75.79** |

**Fee Recap**

**100 Spectrum Center Drive   Suite 600   Irvine, California 92618   Telephone : 949/340-3400**

**Shulman Bastian Friedman Bui & O'Dea LLP**

| Christopher Roberts | May 6, 2026 |
|---|---|
| Re: In re Christopher Roberts/Bui-7TT | Invoice 110500 |
| I.D. 23465-000 - LTB | Page 2 |

| Costs | | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| 12/18/25 | Photocopy; Sale Motion. | 54.00 |
| 12/18/25 | Postage; Sale Motion postage | 21.79 |
| | **Total Disbursements** | **75.79** |