Lynda Bui
3550 Vine Street
Suite 200B
Riverside, CA 92507
(949) 340-3400
trustee.bui@shulmanbastian.com
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | | |
|---|---|---|
| In re: CHRISTOPHER ROBERTS | § | Case No. 6:25-bk-13982-EB |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Lynda Bui, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

3420 Twelfth Street
Riverside, CA 92501

A hearing on the fee applications and any objection to the Final Report will be held at 1:30 p.m. on September 9, 2026, in Courtroom 304 of the United States Bankruptcy Courthouse located at 3420 Twelfth Street, Riverside, CA 92501.

PLEASE CHECK THE BANKRUPTCY COURT'S WEBSITE PRIOR TO THE HEARING TO DETERMINE IF APPEARANCES WILL BE REQUIRED.

Please refer to the Judge's instructions on the Bankruptcy Court website for Video, Telephonic and In Person Appearance Procedures.   https://www.cacb.uscourts.gov/judges/judge-directory

Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must be served and filed at least 14 days prior to the hearing in the form required by LBR 9013-1(f). Untimely objections may be deemed waived.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/30/2026                                    By: /s/ Lynda T. Bui
                                                                              Chapter 7 Trustee

Lynda Bui

**UST Form 101-7-NFR (10/1/2010)**

3550 Vine Street

Suite 200B

Riverside, CA 92507

(949) 340-3400

trustee.bui@shulmanbastian.com

Lynda Bui
3550 Vine Street
Suite 200B
Riverside, CA 92507
(949) 340-3400
trustee.bui@shulmanbastian.com
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re: CHRISTOPHER ROBERTS              §      Case No. 6:25-bk-13982-EB
                                        §
                                        §
                                        §
                                        §
          Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of :* | $                10,000.00 |
| *and approved disbursements of:* | $                38.07 |
| *leaving a balance on hand of[1]:* | $                9,961.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 9,961.93 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Lynda Bui | 1,750.00 | 0.00 | 1,750.00 |
| Trustee, Expenses - Lynda Bui | 81.67 | 0.00 | 81.67 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for chapter 7 administrative expenses:   $   1,831.67
Remaining balance:   $   8,130.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   8,130.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,246.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Internal Revenue Service | 2,246.39 | 0.00 | 2,246.39 |

Total to be paid for priority claims:   $   2,246.39
Remaining balance:   $   5,883.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $40,062.79 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express National Bank, AENB | 13,336.27 | 0.00 | 1,958.65 |
| 2 | Capital One N.A. | 10,344.37 | 0.00 | 1,519.24 |
| 3 | JPMorgan Chase Bank, N.A. | 4,497.39 | 0.00 | 660.51 |
| 4 | Resurgent Receivables, LLC | 926.88 | 0.00 | 136.13 |
| 5U | Internal Revenue Service | 133.61 | 0.00 | 19.62 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | American Express National Bank | 9,069.14 | 0.00 | 1,331.95 |
| 7 | American Express National Bank | 1,755.13 | 0.00 | 257.77 |

Total to be paid for timely general unsecured claims:     $ 5,883.87
Remaining balance:     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims:     $ 0.00
Remaining balance:     $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $137.60 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5PEN | Internal Revenue Service | 137.60 | 0.00 | 0.00 |

Total to be paid for subordinated claims:  $ 0.00
Remaining balance:     $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Lynda T. Bui: /s/ Lynda T. Bui
_____

Chapter 7 Trustee

Lynda Bui
3550 Vine Street
Suite 200B
Riverside, CA 92507
(949) 340-3400
trustee.bui@shulmanbastian.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**