United States Bankruptcy Court

Central District of California

| In re: | Case No. 25-13982-EB |
|---|---|
| Christopher Roberts | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 31, 2026 | Form ID: pdf001 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Christopher Roberts, 2681 King Place, Thermal, CA 92274-8184 |
| 42523055 | PNC Bank, PO Box 71335, Cleveland, OH 44191-0535 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Aug 01 2026 02:29:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Aug 01 2026 02:30:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + Email/Text: bkfilings@zwickerpc.com | Aug 01 2026 02:30:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 42523047 | + Email/Text: bankruptcy@alliantcreditunion.com | Aug 01 2026 02:29:00 | Alliant Credit Union, PO Box 66945, Chicago, IL 60666-0945 |
| 42523048 | Email/PDF: bncnotices@becket-lee.com | Aug 01 2026 02:39:52 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 42818782 | Email/PDF: bncnotices@becket-lee.com | Aug 01 2026 02:39:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 42682528 | + Email/Text: bkfilings@zwickerpc.com | Aug 01 2026 02:30:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 42523049 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 01 2026 02:39:53 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42693692 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 01 2026 02:39:48 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 42523050 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 01 2026 02:39:56 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42523051 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2026 02:39:57 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42523052 | Email/Text: mrdiscen@discover.com | Aug 01 2026 02:28:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42523053 | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 01 2026 02:29:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 42523054 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 01 2026 02:29:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 31, 2026 | Form ID: pdf001 | Total Noticed: 18 |

| 42735446 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
|---|---|---|---|
| | | Aug 01 2026 02:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 42768400 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Aug 01 2026 02:39:52 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42818783 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | |
| | on behalf of Debtor Christopher Roberts bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Katie E Hankard | |
| | on behalf of Creditor American Express National Bank c/o Zwicker & Associates P.C. bknotices@zwickerpc.com, bknotices@zwickerpc.com |
| Lynda T. Bui (TR) | |
| | trustee.bui@shulmanbastian.com C115@ecfcbis.com,RPodorovsky@shulmanbastian.com |
| United States Trustee (RS) | |
| | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

Lynda Bui
3550 Vine Street
Suite 200B
Riverside, CA 92507
(949) 340-3400
trustee.bui@shulmanbastian.com
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | | |
|---|---|---|
| In re: CHRISTOPHER ROBERTS | § | Case No. 6:25-bk-13982-EB |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Lynda Bui, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

3420 Twelfth Street
Riverside, CA 92501

A hearing on the fee applications and any objection to the Final Report will be held at 1:30 p.m. on September 9, 2026, in Courtroom 304 of the United States Bankruptcy Courthouse located at 3420 Twelfth Street, Riverside, CA 92501.

PLEASE CHECK THE BANKRUPTCY COURT'S WEBSITE PRIOR TO THE HEARING TO DETERMINE IF APPEARANCES WILL BE REQUIRED.

Please refer to the Judge's instructions on the Bankruptcy Court website for Video, Telephonic and In Person Appearance Procedures.   https://www.cacb.uscourts.gov/judges/judge-directory

Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must be served and filed at least 14 days prior to the hearing in the form required by LBR 9013-1(f). Untimely objections may be deemed waived.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/30/2026                          By: /s/ Lynda T. Bui

                                                                          Chapter 7 Trustee

Lynda Bui

**UST Form 101-7-NFR (10/1/2010)**

3550 Vine Street

Suite 200B

Riverside, CA 92507

(949) 340-3400

trustee.bui@shulmanbastian.com

**UST Form 101-7-NFR (10/1/2010)**

Lynda Bui
3550 Vine Street
Suite 200B
Riverside, CA 92507
(949) 340-3400
trustee.bui@shulmanbastian.com
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

In re: CHRISTOPHER ROBERTS  §  Case No. 6:25-bk-13982-EB
                             §
                             §
                             §
         Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 10,000.00 |
| *and approved disbursements of:* | $ | 38.07 |
| *leaving a balance on hand of[1]:* | $ | 9,961.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 9,961.93 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Lynda Bui | 1,750.00 | 0.00 | 1,750.00 |
| Trustee, Expenses - Lynda Bui | 81.67 | 0.00 | 81.67 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for chapter 7 administrative expenses:   $   1,831.67
Remaining balance:   $   8,130.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   8,130.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,246.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Internal Revenue Service | 2,246.39 | 0.00 | 2,246.39 |

Total to be paid for priority claims:   $   2,246.39
Remaining balance:   $   5,883.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $40,062.79 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express National Bank, AENB | 13,336.27 | 0.00 | 1,958.65 |
| 2 | Capital One N.A. | 10,344.37 | 0.00 | 1,519.24 |
| 3 | JPMorgan Chase Bank, N.A. | 4,497.39 | 0.00 | 660.51 |
| 4 | Resurgent Receivables, LLC | 926.88 | 0.00 | 136.13 |
| 5U | Internal Revenue Service | 133.61 | 0.00 | 19.62 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | American Express National Bank | 9,069.14 | 0.00 | 1,331.95 |
| 7 | American Express National Bank | 1,755.13 | 0.00 | 257.77 |

Total to be paid for timely general unsecured claims: $ 5,883.87
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $137.60 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5PEN | Internal Revenue Service | 137.60 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Lynda T. Bui: /s/ Lynda T. Bui

Chapter 7 Trustee

Lynda Bui

3550 Vine Street

Suite 200B

Riverside, CA 92507

(949) 340-3400

trustee.bui@shulmanbastian.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**