Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address

Lynda T. Bui, Trustee,
3550 Vine Street, Suite 200B
Riverside, CA 92507
Telephone: (949) 340-3400
Facsimile: (951) 275-9303
Email: trustee.bui@shulmanbastian.com

☐ *Attorney for chapter 7 trustee*
☒ *Chapter 7 trustee*

FOR COURT USE ONLY

FILED & ENTERED

SEP 10 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

In re:

CHRISTOPHER ROBERTS

Debtor(s).

CASE NO.: 6:25-bk-13982-EB

CHAPTER: 7

**ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF:**
**(1) COURT AND U.S. TRUSTEE FEES; AND**
**(2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS**
**[LBR 2016-1(c)(4)]**

DATE: September 9, 2026
TIME: 1:30 p.m.
COURTROOM: 304
ADDRESS: United States Bankruptcy Court
3420 Twelfth Street
Riverside, CA 92501

The chapter 7 trustee filed a Trustee's Final Report in this case. Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals. Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees: U.S. Bankruptcy Court and U.S. Trustee**

U.S. Bankruptcy Court fees *(specify)*

| | |
|---|---|
| | $0.00 |
| | $0.00 |
| | $0.00 |

| | |
|---|---|
| Subtotal of court fees: | $0.00 |
| U.S. Trustee fees | $0.00 |
| Total allowed court and U.S. Trustee fees | $0.00 |

2. **Professional Fees and Expenses:**

a. Chapter 7 Professional Fees and Expenses:

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| (2) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| (3) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |

☐ Additional professional fees and expenses attached.

b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| (1) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| (2) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| (3) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |

☐ Additional professional fees and expenses attached.

3. **Trustee Fees and Expenses:**

a. Chapter 7 Trustee Fees and Expenses:

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee** (*name*): **Lynda T. Bui, Chapter 7 Trustee** | | | | |
| Fees | $1,750.00 | $ 1,750.00 | $0.00 | $1,750.00 |
| Expenses | $ 81.67 | $ 81.67 | $0.00 | $ 81.67 |
| Bank Fees | $ | $ | $ | $ |
| Bond | $ | $ | $ | $ |
| Taxes | $ | $ | $ | $ |

☐ Additional trustee fees and expenses attached.

b. Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee** (*name*): | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| Bank Fees | $ | $ | $ | $ |
| Bond | $ | $ | $ | $ |
| Taxes | $ | $ | $ | $ |

☐ Additional trustee fees and expenses attached.

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order. Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals. The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5. ☐ Other:

###

Date: September 10, 2026

Edward K. Bernatavicius
Edward K. Bernatavicius
United States Bankruptcy Judge